No. 10–609. NEW JERSEY PEACE ACTION ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–610. PRATI ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–612. ANDERSON ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–614. ZHUANG LI CAI *v.* UDDIN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–619. TALMAGE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 10–625. O'HARA ET AL. *v.* ZURICH AMERICAN INSURANCE CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–626. BARROS *v.* SMEAL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–628. O'CONNOR *v.* COLORADO COLLEGE ET AL. Ct. App. Colo. Certiorari denied.

No. 10–634. TRATREE *v.* BP NORTH AMERICA PIPELINES, INC. C. A. 5th Cir. Certiorari denied.

No. 10–641. POWERS *v.* FREIHAMMER ET UX., INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN. Ct. App. Minn. Certiorari denied.

No. 10–642. KONE *v.* VIRGINIA DEPARTMENT OF STATE POLICE. Sup. Ct. Va. Certiorari denied.

No. 10–643. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, LOCAL LODGE 1943 *v.* AK STEEL CORP. C. A. 6th Cir. Certiorari denied.

No. 10–645. RAYNOR ET VIR *v.* MYERS, TRUSTEE OF THE JOHN P. RAYNOR CHAPTER 7 BANKRUPTCY. C. A. 8th Cir. Certiorari denied.